IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KENNIS L. SCHUMMER,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2169

Opinion filed July 7, 2015.

An appeal from an order of the Circuit Court for Escambia County.
Paul A. Rasmussen, Judge.

Kennis L. Schummer, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROWE, SWANSON, and BILBREY, JJ., CONCUR.